IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MIGUEL A. SANTOS RIVERA,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.     5D22-1370
LT Case Nos. 2014-CF-6205-A-O
               2016-CF-12173
               2016-CF-12175
               2016-CF-12177

Decision filed August 23, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Robert Leblanc, Judge.

Miguel A. Santos Rivera, Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.